IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| LAURA CONROY, | : | Case No. 2:06CV 00867 DB |
| Plaintiff, | : | |
| vs. | : | **ORDER GRANTING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER** |
| EDWARD T. SCHAFER, | : | |
| [Secretary of Agriculture, United States Department of Agriculture] | : | |
| | : | Honorable Dee Benson |
| Defendant. | : | Honorable Brooke C. Wells |

On April 8, 2008, the Court heard argument on Defendant's Motion for Protective Order. April Hollingsworth represented Plaintiff and John Coleman represented Defendant. After hearing argument and reviewing the memoranda submitted by the parties on the issues raised during a deposition, and good cause appearing therefor,

IT IS HEREBY ORDERED that the defendant's motion for a protective order is granted. Plaintiff's counsel may not inquire into the substance of confidential communications between defendant's counsel and defendant's former employees relating to the former employees' knowledge gained while employed with defendant, including confidential communications between defendant's counsel and defendant's former employees relating to the former employees' testimony regarding such knowledge.

IT IS FURTHER ORDERED that plaintiff may reopen the depositions of Jack McDonald and Mary Jean Brachman, after the close of fact discovery on April 30, 2008, but before May 30,

2008, for the limited purposes of inquiring into the existence and general nature, although not the substance, of contacts with counsel.  The fact discovery deadline of April 30, 2008, is not altered by Court at this time in any other respect.

ENTERED this 9th day of April, 2008.

BY THE COURT:

_Brooke C. Wells_

BROOKE C. WELLS
United States Magistrate Judge