APRIL L. HOLLINGSWORTH (Bar No. 9391)
**HOLLINGSWORTH LAW OFFICE, LLC**
1115 South 900 East
Salt Lake City, Utah 84105
Telephone: 801-359-4169
Attorneys for Plaintiff Conroy

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **LAURA CONROY**, <br><br> Plaintiff, <br><br> vs. <br><br> **EDWARD T. SCHAFER**, <br><br> Defendant. | **ORDER ON PLAINTIFF'S MOTION TO COMPEL** <br><br> Case No. 2:06-CV-00867 <br><br> Magistrate Judge Brooke C. Wells <br><br> Judge Waddoups |

Plaintiff Laura Conroy filed a Motion to Compel in this matter, seeking an Order requiring the Defendant to provide the following information: other complaints of discrimination; a narrative response regarding the differences between the INFRA Program Manager position filed in 2001 and the INFRA Program Coordinator position Ms. Conroy did prior to 2001; and a 30(b)(6) witness to testify regarding the Department of Agriculture ("USDA") and the Office of Personnel Management ("OPM") policies regarding classifying, advertising, and hiring for positions. The Court held a hearing on the Motion on November 18, 2008. Having reviewed the parties' memoranda and heard argument on the matter, the Court rules as follows:

The Plaintiff's Motion is GRANTED as it pertains to other complaints of discrimination, with the following restrictions: Defendant must provide formal and informal complaints of gender discrimination and retaliation from Region 4, where any of the individuals involved or decision-makers are the same as those involved in the decisions relating to Plaintiff's complaints of discrimination in 2001 or 2004, including Steve Brink. If after reviewing these complaints, Plaintiff decides she would like to see the underlying documents in the file of the complaints produced, she may bring that request to the Court's attention at that time.

The Plaintiff's Motion is DENIED as it pertains to her request for a narrative explanation of the difference between the duties of the INFRA Program Manager and INFRA Program Coordinator. Defendant must, however, conduct a search of its policies and procedures, and to the extent there exists a definition of managerial duties, Defendant must provide that definition to Plaintiff.

The Plaintiff's Motion is GRANTED as it relates to her request that the Defendant make available a 30(b)(6) witness to testify as to the classifying, advertising, and hiring policies and procedures of the USDA and OPM.

Defendant must provide the information set forth herein within 30 days of the November 18th hearing, or by December 18, 2008. Plaintiff must respond to Defendant's Motion for Summary Judgment within 60 days of the hearing, or by January 17, 2008.

DATED this 12th day of December, 2008.

By the Court:

Honorable Brooke C. Wells