CARLIE CHRISTENSEN, United States Attorney
JEANNETTE F. SWENT, Assistant United States Attorney (#6043)
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

JOHN R. COLEMAN, Trial Attorney
KATHRYN L. WYER, Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Rm 6118
Washington, D.C. 20001
Telephone: (202) 514-4505

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| LAURA CONROY, | : | Case No. 2:06CV 00867 CW |
| Plaintiff, | : | |
| vs. | : | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| THOMAS J. VILSACK, | | |
| [Secretary of Agriculture, | : | |
| United States Department of Agriculture] | : | |
| Defendant. | : | Honorable Clark Waddoups |

DATED this 16th day of November, 2010.

PLEASE TAKE NOTICE that John R. Coleman withdraws from representation of the defendant in the above-captioned case. The association of John R. Coleman with this case should be terminated. Kathryn L. Wyer remains assigned to this case, and all communications, notices, pleadings, and correspondence in this case should be directed to Ms. Wyer.

                                             Respectfully Submitted,

                                             TONY WEST

|  |  |
|---|---|
| | Assistant Attorney General |
| STEVEN C. BRAMMER | CARLIE CHRISTENSEN |
| HEATHER HINTON-TAYLOR | United States Attorney |
| Attorney-Advisors | |
| U.S. Department of Agriculture | JEANNETTE F. SWENT |
| 1400 Independence Ave. | Assistant United States Attorney, (#6043) |
| Room 3312-S | |
| Washington D.C. 20250-1400 | STUART A. LICHT |
| | Assistant Director |
| | U.S. Department of Justice, Civil Division |
| | |
| | */s/ John R. Coleman* |
| | JOHN R. COLEMAN |
| | KATHRYN L. WYER |
| | Trial Attorneys |
| | U.S. Department of Justice, Civil Division |
| | Federal Programs Branch |
| | 20 Massachusetts Ave., N.W., Rm 6118 |
| | Washington, D.C. 20001 |
| | Telephone: (202) 514-4505 |
| | Facsimile: (202) 616-8460 |
| | Email: John.Coleman3@usdoj.gov |